IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LANCE STANLEY, On Behalf of Himself and All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | NO. 5:24-cv-01286-JKP-RBF |
| EOG RESOURCES, INC. and CIELO ENERGY CONSULTING, LLC, | § § § § | |
| Defendants. | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Lance Stanley and Opt-in Plaintiff Bryan White (collectively "Plaintiffs") and Defendants EOG Resources, Inc. and Cielo Energy Consulting, LLC (collectively "Defendants") hereby notify the Court that the parties have reached a settlement in the above-referenced matter. The parties are in the process of finalizing the settlement agreement, and anticipate that upon receipt of the settlement payment, an executed Agreed Stipulation of Dismissal with Prejudice will be filed by the parties.

Accordingly, the parties request that the Court vacate all current deadlines in this matter.

Date: March 26, 2026.

Respectfully Submitted,

/s/ *Allen R. Vaught*
Allen R. Vaught
Lead Attorney
TX Bar No. 24004966
Vaught Firm, LLC
1910 Pacific Avenue, Suite 9150
Dallas, TX 75201
Telephone: (972) 707-7816
Fax: (972) 920-3933
avaught@txlaborlaw.com

Respectfully Submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/  Kimberly Cheeseman*
M. Carter Crow
State Bar No. 05156500
Kimberly Cheeseman
State Bar No. 24082809
Jesika Silva Blanco
State Bar No. 24098428
Fulbright Tower 1550 Lamar Street, Suite 2000 Houston, TX 77010

-1-

**ATTORNEY FOR PLAINTIFFS**

Telephone: (713) 651-5151
Facsimile: (713) 651-5246
carter.crow@nortonrosefulbright.com
kimberly.cheeseman@nortonrosefulbright.com
jesika.blanco@nortonrosefulbright.com

***Counsel for Defendant EOG Resources, Inc.***


*/s/  Antonio Ramirez, III*
Carmen Jo Rejda-Ponce – Attorney-in-Charge
State Bar No. 24079149
Federal ID. No. 1366666
crejdaponce@germer.com
Antonio Ramirez, III
State Bar No. 24113672
Federal ID. No. 3515678
aramirez@germer.com
GERMER PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

***COUNSEL FOR DEFENDANT,
CIELO ENERGY CONSULTING, LLC***


## CERTIFICATE OF SERVICE

On March 26, 2026, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Western District of Texas, using the CM/ECF method. I certify that I have served all counsel of record electronically.


/s/ *Allen R. Vaught*
Allen R. Vaught